**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6637**

─────────────

GARY COOPER,

                                   Plaintiff - Appellant,

        versus

S. STARLING, Sergeant, Correctional Officer;
SHERWOOD R. MCCABE,

                                   Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-250-5-BO)

─────────────

Submitted:  July 23, 2003          Decided:  August 12, 2003

─────────────

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Gary Cooper, Appellant Pro Se. James Philip Allen, OFFICE OF THE
ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary Cooper appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cooper v. Starling, No. CA-02-250-5-BO (E.D.N.C. filed Jan. 8, 2003; entered Jan. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED